IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| **JOHN BAKER, BAKER, BROWN & DIXON, P.C., WILFRIDO GARCIA, AND SERVICIOS LEGALES DE MESOAMERICA, S. DE R.L.** | § § § § § § | |
| **VS.** | § § | **CIVIL ACTION NO. 7:10-cv-00116** |
| **SEAN CALLAGY, INDIVIDUALLY AND AS A TEXAS RECEIVER, SEAN R. CALLAGY, ESQ., LLC, THE LAW FUNDER, LLC, GEORGE PRUSSIN, JAGUAR STRATEGIES, LLC AND PABLO LIMON** | § § § § § § | |

**AGREED MOTION TO DISMISS WITH PREJUDICE**

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW all of the parties in the above-entitled and numbered cause, and announce in open court that all matters in controversy and disputes between and among Plaintiffs and Defendants have been fully and finally compromised and settled, and that the Plaintiffs no longer desire to prosecute this action, and respectfully move the Court to dismiss this action with prejudice and assess all taxable costs of suit and attorneys' fees against the party incurring same.

WHEREFORE, PREMISES CONSIDERED, the parties hereto pray that this action be dismissed with prejudice and that all taxable costs of suit and attorneys' fees be assessed against the party incurring same.

Respectfully Submitted,

By: /s/ Rex N. Leach
Rex N. Leach
State Bar No. 12086300
U.S.D.C. No. 8244
**ATLAS & HALL, L.L.P.**
P. O. Box 3725
818 Pecan (78501)
McAllen, Texas 78502
(956) 682-5501
Telefax No. (956) 686-6109
**ATTORNEY-IN-CHARGE FOR DEFENDANTS**

By: /s/Ricardo Salinas w/permission Rex N. Leach
Ricardo Salinas
Attorney at Law
State Bar No. 00786220
2011 Conway
Mission, Texas 78572
(956) 584-3900
Telefax No. (956) 580-9688
**ATTORNEY-IN-CHARGE FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 10th day of December, 2010, a true and correct copy of the foregoing document has been delivered by telefax communication and/or electronic mail to all Counsel of record as follows:

Ricardo Salinas
ATTORNEY AT LAW
2011 Conway
Mission, Texas 78572

/s/   Rex N. Leach
Rex N. Leach